DECEMBER 8, 1975

No. 75–5751. MEYERS v. UNITED STATES. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 60.

No. 75–280. WASHUM ET AL. v. UNITED STATES ET AL. Affirmed on appeal from D. C. Ariz.

No. 75–348. CLEMONS ET AL. v. UNITED STATES ET AL. Appeal from D. C. S. D. Ohio. Motion of American Physical Therapy Assn. for leave to file a brief as *amicus curiae* granted. Judgment affirmed.

No. 75–582. NORFOLK & WESTERN RAILWAY CO. ET AL. v. BEATTY ET AL., JUDGES. Affirmed on appeal from D. C. S. D. Ill.

No. 75–299. NATIONAL GYPSUM CO. v. ADMINISTRATOR, LOUISIANA DEPARTMENT OF EMPLOYMENT SECURITY, ET AL. Appeal from Sup. Ct. La. dismissed for want of properly presented federal question.

No. 75–519. JAMIESON v. COMMISSIONER OF INTERNAL REVENUE. Appeal from C. A. 7th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–5571. PEREZ ET AL. v. BATEMAN, COMMISSIONER, DEPARTMENT OF COMMUNITY AFFAIRS OF MASSACHUSETTS, ET AL. Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question.